THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Daniel Allen Shannon, Appellant.
 
 
 

Appeal From Richland County
 James C. Williams, Circuit Court Judge

Unpublished Opinion No. 2005-UP-645
Submitted December 1, 2005  Filed December 21, 2005   

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III,  of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, all of Columbia; and Solicitor Warren B. Giese, for Respondent.  
 
 
 

PER CURIAM:  Daniel Allen Shannon appeals his guilty plea and sentence of twenty years for first degree burglary and petite larceny.  Shannon argues his plea was conditional and thus invalid. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Shannons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J. and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.